IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY M. DENNISON, | No. C-07–0796 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendants / | |

    Before the Court is plaintiff's Case Management Conference Statement, filed May 11, 2007,[1] in which plaintiff requests that the Case Management Conference scheduled for May 18, 2007 be continued for 60 days in light of defendants' having recently obtained counsel, the parties' stipulation that defendants shall have until June 25, 2007 to respond to the complaint, and plaintiff's representation that the parties may explore alternative dispute resolution.

---

[1] Plaintiff did not provide the Court with a chambers copy of her statement. For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

Good cause appearing, the Case Management Conference is CONTINUED from May 18, 2007 to July 27, 2007, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than July 20, 2007.

**IT IS SO ORDERED.**

Dated: May 15, 2007

_____
MAXINE M. CHESNEY
United States District Judge